tract was signed.   From what has already been said in the discussion of this case, and from the authorities cited, it will readily be seen that the written contract was made without reference to these telegrams and independent thereof, and that they can play no part in the determination of the case; and therefore they were improperly admitted in evidence.   Even if the conversation to which we have hereinbefore referred were not by the express terms of the contract merged therein or extinguished thereby, it would be so considered under the law.   *Rauschenberg* v. *Peeples,* 30 *Ga. App.* 384 (118 S. E. 409); *Holman* v. *Georgia Railroad,* 67 *Ga.* 595.

As the contract was a valid one, was not breached by the plaintiff, and could not be countermanded by the defendant, and as the telegrams were erroneously admitted in evidence, the judgment must be       *Reversed.   Broyles, C. J., and Luke, J., concur.*

---

## 15588.   SHARPE *v.* THE STATE.

LUKE, J.   The indictment was not subject to the demurrer.
   *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
   DECIDED AUGUST 8, 1924.

Indictment for seduction; from Toombs superior court—Judge Hardeman.   February 29, 1924.

Generally and also upon the ground that it was not alleged "what the false and fraudulent promises of marriage consisted of," the defendant demurred to the indictment, which alleged that Johnnie Sharpe, on a given date, "unlawfully and with force of arms did by persuasion and by false and fraudulent promises of marriage seduce  .  .  [a named person], a virtuous and unmarried female, and induce the said  .  .  [female] to yield to his lustful embrace and have carnal knowledge of him, the said Johnnie Sharpe, contrary to the laws of said State, etc.   The case came to this court on exceptions to the overruling of the demurrer.

*Enoch J. Giles,* for plaintiff in error, cited: Park's Penal Code, § 378; 109 *Ga.* 153.

*Walter F. Grey,* solicitor-general, *Lankford & Rogers,* contra, cited: Penal Code, § 954; 7 *Ga. App.* 102; 109 *Ga.* 540; 109 *Ga.* 153 (distinguished).